THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL FLOYD, Appellant.

Submitted September 4, 2012; decided September 13, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New

York, NY 10006 assigned as counsel to the appellant on the appeal herein.